**Order entered July 14, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00657-CV

## IN RE CITY OF DALLAS, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-01696**

### ORDER
Before Justices Schenck, Carlyle, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writs of prohibition and injunction. We also **DENY** relator's motion for emergency stay as moot.

/s/    DAVID J. SCHENCK
        JUSTICE